UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FELICIANO VALENCIA SANTIAGO,

Plaintiff,

v.

K ALLISON, et al.,

Defendants.

Case No. 21-cv-05737-WHO (PR)

**ORDER OF DISMISSAL**

After plaintiff Santiago filed an unsigned complaint, the Clerk sent him his unsigned complaint and a notice directing him to sign and refile the document.[1] (Dkt. No. 4.) When the deadline for filing a signed complaint expired, I extended the deadline to December 15, 2021. (Dkt. No. 16.) That deadline has expired and there has been no response from Santiago.

Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's instructions and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, Santiago may move to reopen. Any such motion <u>must</u> contain a signed complaint on this Court's form.

**IT IS SO ORDERED.**

**Dated:** January 3, 2022



WILLIAM H. ORRICK
United States District Judge

---

[1] Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name — or by a party personally if the party is unrepresented." Under Rule 11, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."